IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ERIC ODOM**                                                                                   **PLAINTIFF**
**ADC #150492**

v.                        Case No. 1:19-cv-00056-KGB

**TIM WEAVER, Circuit Judge,**
**District Court Judge,** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Eric Odom's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 6th day of March, 2020.

_____
Kristine G. Baker
United States District Judge